STATE OF CONNECTICUT *v.* STEPHEN P. BATTISTA

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 497 (AC 10999), is denied.

*Otto P. Witt,* in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided September 15, 1993

STATE OF CONNECTICUT *v.* JOHN CONLEY

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 548 (AC 11259), is denied.

*Stephen F. Cashman,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 15, 1993

ANN PETRO *v.* MICHAEL PETRO

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 582 (AC 11656), is denied.

*William H. Cashman,* in support of the petition.

*Lawrence P. Weisman,* in opposition.

Decided September 15, 1993